ACCEPTED
05-15-00676-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/11/2015 1:44:34 PM
LISA MATZ
CLERK

## NO. 05-15-00676-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/11/2015 1:44:34 PM
LISA MATZ
Clerk

# IN THE FIFTH DISTRICT COURT OF APPEALS
## AT DALLAS, TEXAS

### FABULOUS GRINGOS LLC., d/b/a GLOBAL DESIGN GROUP

**Appellant,**

**v.**

### FEDEX TECHCONNECT, INC.,

**Appellee.**

---

### Appeal firm the County Court at law No. 4 of Dallas County, Texas
### (Hon. Ken Tapscott, Presiding)

---

### AGREED MOTION TO DISMISS

---

TO THE HONORABLE COURT OF APPEALS.  Appellant files this *Agreed Motion to Dismiss* and show the Court as follows:

1.     Appellant's Notice of Appeal was filed with the Trial Court on May 22, 2015.

2.     The Parties reached a settlement wherein, in exchange for consideration paid to Plaintiff, Appellee, Plaintiff, Appellee has agreed with Appellant to ask this Honorable Court to vacate the lower Court's Default Judgment and dismiss the action in its entirety.

3.     The Parties hereby seek dismissal pursuant to the Tex R. App. P. 42.1(a)(2)(A) and respectfully request this Honorable Court to render judgment vacating the Default Judgment and Dismissing the action effectuating the parties' agreement.

Respectfully submitted,

BRENNER LAW P.C.

By: _____

Glenn A. Brenner
Texas Bar Card No. 24082384
glenn@brennerlawpc.com

13355 Noel Road, Suite 1100
Dallas, Texas 75240
(972) 378 - 4961
(972) 212 - 7124 - Fax

ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I certify that pursuant to Tex. R. App. P. 9.5, a true and correct copy of the foregoing pleading or document has been served upon all attorneys of record and any parties who are not represented by an attorney on this ___11th___ day of June, 2015.

Attorney for:          FEDEX TECHCONNECCT, INC.
Attorney's name:   Attorney Craig J. Luffy
                              PHILIP D. COLLINS & ASSOCIATES, P.C.
                              7557 Rambler Road, Suite 930
                              Dallas, Texas 75231

Type of Service:

Facsimile Transmission to Craig J. Luffy (469) 453-4611 before 5 p.m.; and, E-Service through FILETIME e-filing service.